**Leon Jackson RICE, Jr.,**
**Plaintiff–Appellant**

v.

**Greg BLANKENSHIP, Officer, North
Little Rock Police Department; Dan
Haley, Officer, North Little Rock Po-
lice Department; Anthony Neff, Ser-
geant, North Little Rock Police De-
partment; Robert Griffin, Sgt., North
Little Rock Police Department; Dan-
ny E. Bradley, Chief of Police, North
Little Rock Police Department; J. Ko-
vach, Lt., North Little Rock Police
Department; Scott Duncan; Natalie
Dickson, Public Defender, Pulaski
County, Defendants–Appellees.**

No. 14–1630.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 26, 2015.

Filed: Jan. 29, 2015.

Leon Jackson Rice, Jr., Marianna, AR, pro se.

Caleb J. Norris, John Lennon Wilker-son, Arkansas Municipal League, North Little Rock, AR, for Defendants–Appel-lees.

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Inmate Leon Jackson Rice, Jr. appeals the district courts [1] adverse entry of judg-ment following a jury trial in his 42 U.S.C. § 1983 action. Upon careful consideration of the issues Rice raises on appeal, we find no basis for reversal. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.